# UNITED STATES DISTRICT COURT

District of Rhode Island

Lifespan Physicians Professional Service Organization and The Miriam Hospital

V.

Healthcare Value Management Inc. and Iron Workers District Council of New England Welfare Fund

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CA 05 239S

TO: (Name and address of Defendant)

Iron Workers District Council of New England Welfare Fund
195 Old Colony Avenue
Boston, MA 02127

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Linn F. Freedman. Esq.
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (Fax)

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 5/31/05

(By) DEPUTY CLERK

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me (1) | DATE June 01, 2005 |
|---|---|
| NAME OF SERVER BURTON M. MALKOFSKY | TITLE Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

______________________________ , MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:

______________________________

Said service was made at: ______________________________ , MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to Ms. Ann Broderick, Receptionist and Duly Authorized Agent for the within-named Defendant, Iron Workers District Council of New England Welfare Fund.

Said service was made at:

161 Granite Avenue, 2nd Floor, Dorchester , MASSACHUSETTS

## STATEMENT OF SERVICE FEES

SERVICE FEE $ 80.00 2 Trips

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 01, 2005
Date

Burton M. Malkofsky
Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

## ADDITIONAL INFORMATION

PLEASE NOTE THAT IT WAS NECESSARY TO MAKE 2 ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| 6/1/05 | | No service at 195 Old Colony Ave., Boston, Ma. - Process Server spoke to Jean Murphy, Secretary, and learned service must be made at 161 Granite Ave., Dorchester, Ma. where within-named is located | $ 40.00 |
| 6/1/05 | | Service was made at 161 Granite Ave., 2nd fl., Dorchester, Ma. | $ 40.00 |
| | | TOTAL | $ 80.00 |

2005 JUN -9 A 10: 38

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

FILED