# UNITED STATES DISTRICT COURT

District of Rhode Island

Lifespan Physicians Professional Service Organization and The Miriam Hospital

V.

Healthcare Value Management Inc. and Iron Workers District Council of New England Welfare Fund

## SUMMONS IN A CIVIL CASE

CASE NUMBER: CA 05 239 S

TO: (Name and address of Defendant)

Healthcare Value Management Inc. - Charles L. Donahue, Jr., Pres.
100 River Ridge Drive
Norwood, MA 02062

**YOU ARE HEREBY SUMMONED** and required to serve on **PLAINTIFF'S ATTORNEY** (name and address)

Linn F. Freedman. Esq.
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (Fax)

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 5/31/05

Francis P. McEds

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| **Service of the Summons and Complaint was made by me (1)** | **DATE** June 01, 2005 |
| **NAME OF SERVER** BURTON M. MALKOFSKY | **TITLE** **Process Server / A Disinterested Person** |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

_______________________________________________ , MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:

_______________________________________________

Said service was made at: _______________________________________________ , MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to **Ms. Janet Gould, Receptionist and**

Duly Authorized Agent for the within-named **Defendant, Healthcare Value Management Inc.**

Said service was made at:

**100 River Ridge Drive, Norwood** , MASSACHUSETTS

### STATEMENT OF SERVICE FEES

**SERVICE FEE $** 55.00 ______ **Trips**

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

**Executed on** June 01, 2005
**Date**

Burton M. Malkofsky
**Signature of Server**

One Devonshire Place, Boston, Massachusetts
**Address of Server**

### ADDITIONAL INFORMATION

**PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.**

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ ______ |
| | | | $ ______ |
| | | | $ ______ |
| | | | $ ______ |
| | | | $ ______ |
| | | | $ ______ |
| | | TOTAL | $ ______ |

2005 JUN -9 A 10: 38

FILED

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

Suvalle, Jodrey & Associates
Massachusetts Constables since 1925

One Devonshire Place
Boston, MA 02109

Telephone # (617) 720-5733
Fax # (617) 720-5737