**UNITED STATES DISTRICT VOURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
JUN 30 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **LIFESPAN PHYSICIANS PROFESSIONAL SERVICE ORGANIZATION and THE MIRIAM HOSPITAL** *Plaintiffs* | : | |
| **VS.** | : | **C.A. NO. 05-239S** |
| **HEALTHCARE VALUE MANAGEMENT, INC. and IRON WORKERS DISTRICT COUNCIL OF NEW ENGLAND WELFARE FUND** *Defendants* | : | |

**LATE ENTRY STIPULATION**

By agreement of the parties, Defendant Healthcare Value Management, Inc. may have up to and including July 11, 2005 in which to file a responsive pleading to Plaintiffs' Complaint.

Linn F. Freedman, Esq. (#4478)
Attorney for the Plaintiffs
Nixon Peabody, LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
(401) 454-1108
(866) 807-6614 Fax

Matthew T. Oliverio, Esq. (3372)
Attorney for Defendant Healthcare Value Management, Inc.
Oliverio & Marcaccio, LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax