UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LIFESPAN PHYSICIANS PROFESSIONAL SERVICE ORGANIZATION and THE MIRIAM HOSPITAL,
Plaintiffs

v. C.A. No. 05-239S

HEALTHCARE VALUE MANAGEMENT, INC. and IRON WORKERS DISTRICT COUNCIL OF NEW ENGLAND WELFARE FUND,
Defendants

**PLAINTIFFS, LIFESPAN PHYSICIANS PROFESSIONAL SERVICE ORGANIZATION AND THE MIRIAM HOSPITAL'S MOTION FOR LEAVE TO FILE IN EXCESS OF TWENTY PAGES OF EXHIBITS IN SUPPORT OF ITS OBJECTION TO DEFENDANT, IRON WORKERS DISTRICT COUNCIL OF NEW ENGLAND WELFARE FUND'S MOTION TO DISMISS**

Pursuant to Local Rule 12(a) and Amended General Order #2002-01, Plaintiffs, Lifespan Physicians Professional Service Organization and The Miriam Hospital hereby move for leave to file in excess of twenty pages of exhibits in support of its Objection to Iron Workers District Council of New England Welfare Fund's Motion to Dismiss for the reasons set forth in the accompanying Memorandum in Support of Motion for Leave to File in Excess of Twenty Pages of Exhibits.

Respectfully submitted,

LIFESPAN PHYSICIANS PROFESSIONAL SERVICE ORGANIZATION AND THE MIRIAM HOSPITAL

By their Attorneys,

Linn F. Freedman (#4778)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Telephone: (401) 454-1108
Fax: (866) 807-6614

Date: August 2, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2ND day of August, 2005, I caused a true copy of the within Motion for Leave to File in Excess of Twenty Pages of Exhibits to be sent via first-class mail to:

Matthew T. Oliverio, Esq.
Oliverio & Marcaccio, LLP
55 Dorrance Street, Suite 400
Providence, RI 02903

Michael J. Lepizzera, Jr., Esq.
Lepizzera and Laprocina
301 Metro Center Blvd., #102
Warwick, RI 02886

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LIFESPAN PHYSICIANS PROFESSIONAL SERVICE ORGANIZATION and THE MIRIAM HOSPITAL, Plaintiffs | : | |
| v. | : | C.A. No. 05-239S |
| HEALTHCARE VALUE MANAGEMENT, INC. and IRON WORKERS DISTRICT COUNCIL OF NEW ENGLAND WELFARE FUND, Defendants | : | |

**PLAINTIFFS, LIFESPAN PHYSICIANS PROFESSIONAL SERVICES ORGANIZATION AND THE MIRIAM HOSPITAL'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE IN EXCESS OF TWENTY PAGES OF EXHIBITS IN SUPPORT OF ITS OBJECTION TO DEFENDANT, IRON WORKERS DISTRICT COUNCIL OF NEW ENGLAND WELFARE FUND'S MOTION TO DISMISS**

Pursuant to Local Rule 12(a) and Amended General Order #2002-01, Plaintiffs, Lifespan Physicians Professional Services Organization and The Miriam Hospital hereby move for leave to file in excess of twenty pages of exhibits in support of its Objection to Iron Workers District Council of New England Welfare Fund's Motion to Dismiss.

In preparing the Objection, it has become clear that in order to render a decision with respect to the Defendant's Motion to Dismiss, the Court will need to review documents pertinent to the issues involved, including the contract between the Plaintiffs and the co-defendant, Healthcare Value Management, Inc. certain records pertaining to the admission of the patient in question, an Affidavit and e-mails and correspondence between the parties.

Because these documents are in excess of twenty pages, Plaintiffs respectfully request leave to file in excess of twenty pages in support of their Objection to the Motion to Dismiss.

Respectfully submitted,

LIFESPAN PHYSICIANS PROFESSIONAL SERVICE ORGANIZATION AND THE MIRIAM HOSPITAL

By their Attorneys,

Linn F. Freedman (#4778)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Telephone: (401) 454-1108
Fax: (866) 807-6614

Date: August 2, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2ND day of August, 2005, I caused a true copy of the within Memorandum in Support of Motion for Leave to File in Excess of Twenty Pages of Exhibits to be sent via first-class mail to:

Matthew T. Oliverio, Esq.
Oliverio & Marcaccio, LLP
55 Dorrance Street, Suite 400
Providence, RI 02903

Michael J. Lepizzera, Jr., Esq.
Lepizzera and Laprocina
301 Metro Center Blvd., #102
Warwick, RI 02886