UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

AUG 03 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

LIFESPAN PHYSICIANS PROFESSIONAL SERVICE ORGANIZATION and THE MIRIAM HOSPITAL,
Plaintiffs

v. C.A. No. 05-239S

HEALTHCARE VALUE MANAGEMENT, INC. and IRON WORKERS DISTRICT COUNCIL OF NEW ENGLAND WELFARE FUND,
Defendants

**PLAINTIFFS, LIFESPAN PHYSICIANS PROFESSIONAL SERVICE ORGANIZATION AND THE MIRIAM HOSPITAL'S MOTION FOR LEAVE TO FILE IN EXCESS OF TWENTY PAGES OF EXHIBITS IN SUPPORT OF ITS OBJECTION TO DEFENDANT, IRON WORKERS DISTRICT COUNCIL OF NEW ENGLAND WELFARE FUND'S MOTION TO DISMISS**

Pursuant to Local Rule 12(a) and Amended General Order #2002-01, Plaintiffs, Lifespan Physicians Professional Service Organization and The Miriam Hospital hereby move for leave to file in excess of twenty pages of exhibits in support of its Objection to Iron Workers District Council of New England Welfare Fund's Motion to Dismiss for the reasons set forth in the accompanying Memorandum in Support of Motion for Leave to File in Excess of Twenty Pages of Exhibits.

GRANTED
William E. Smith
U.S. District Judge
8/4/05