UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LIFESPAN PHYSICIANS PROFESSIONAL SERVICE ORGANIZATION and THE MIRIAM HOSPITAL, Plaintiffs | |
| v. | C.A. No. 05-239S |
| HEALTHCARE VALUE MANAGEMENT, INC. and IRON WORKERS DISTRICT COUNCIL OF NEW ENGLAND WELFARE FUND, Defendants | |

**STIPULATION**

The parties hereby stipulate that Plaintiffs, Lifespan Physicians Professional Service Organization and The Miriam Hospital, shall have up to and including Friday, September 2, 2005, in which to file its Objection to Defendant, Iron Workers District Council of New England Welfare Fund's Motion to Dismiss.

Respectfully submitted,

Plaintiffs,
LIFESPAN PHYSICIANS PROFESSIONAL SERVICE ORGANIZATION AND THE MIRIAM HOSPITAL

By their Attorneys,

Linn F. Freedman (#4778)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Telephone: (401) 454-1108
Fax: (866) 807-6614

Date: August 11, 2005

Defendant,
IRON WORKERS DISTRICT COUNCIL OF NEW ENGLAND WELFARE FUND

By its Attorney,

Michael J. Lepizzera, Jr. (#4995)
LEPIZZERA AND LAPROCINA
301 Metro Center Blvd., #102
Warwick, RI 02886
Telephone: (401) 739-7397
Fax: (401) 384-6950

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of August, 2005, I caused a true copy of the within Stipulation to be sent via first-class mail to:

Matthew T. Oliverio, Esq.
Oliverio & Marcaccio, LLP
55 Dorrance Street, Suite 400
Providence, RI 02903

Michael J. Lepizzera, Jr., Esq.
Lepizzera and Laprocina
301 Metro Center Blvd., #102
Warwick, RI 02886