UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LIFESPAN PHYSICIANS PROFESSIONAL SERVICE ORGANIZATION and THE MIRIAM HOSPITAL,
Plaintiffs

v. C.A. No. 05-239S

HEALTHCARE VALUE MANAGEMENT, INC. and IRON WORKERS DISTRICT COUNCIL OF NEW ENGLAND WELFARE FUND,
Defendants

**MOTION TO SEAL EXHIBITS**

Plaintiffs, Lifespan Physicians Professional Service Organization ("PSO") and The Miriam Hospital ("TMH") hereby request that this Court seal the Exhibits attached to Plaintiffs' Objection to Defendant, Iron Workers District Council of New England's Motion to Dismiss for the reasons set forth in the accompanying Memorandum in Support of Motion to Seal Exhibits.

Respectfully submitted,

LIFESPAN PHYSICIANS PROFESSIONAL SERVICE ORGANIZATION and THE MIRIAM HOSPITAL

By Its Attorney,

Linn F. Freedman

Linn F. Freedman (#4778)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, Rhode Island 02903
Tel.: (401) 454-1108
Fax: (866) 807-6614

Date: September 7, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of September, 2005, I caused a true copy of the within Motion to Seal Exhibits to be mailed to the following:

Matthew T. Oliverio, Esq.
Oliverio & Marcaccio, LLP
55 Dorrance Street, Suite 400
Providence, RI 02903

Michael J. Lepizzera, Jr., Esq.
Lepizzera and Leporine
301 Metro Center Blvd., #102
Warwick, RI 02886

Meride Dooris

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LIFESPAN PHYSICIANS PROFESSIONAL SERVICE ORGANIZATION and THE MIRIAM HOSPITAL, Plaintiffs | : | |
| v. | : | C.A. No. 05-239S |
| HEALTHCARE VALUE MANAGEMENT, INC. and IRON WORKERS DISTRICT COUNCIL OF NEW ENGLAND WELFARE FUND, Defendants | : | |

**MEMORANDUM IN SUPPORT OF MOTION TO SEAL EXHIBITS**

Plaintiffs, Lifespan Physicians Professional Service Organization ("PSO") and The Miriam Hospital ("TMH") hereby request that this Court seal the Exhibits attached to Plaintiffs' Objection to Defendant, Iron Workers District Council of New England's Motion to Dismiss for the reasons set forth below.

This litigation involves a contractual dispute between the Plaintiffs and the Defendants. The contract itself is a confidential business document between Plaintiffs and Defendants with regard to the reimbursement of health care services. Such contracts are not public documents and could be utilized by competitors to gain a business advantage over both Plaintiffs and Defendant, Healthcare Value Management, Inc. ("HCVM").

In addition, the client payor lists of HCVM as well as the utilization summaries are internal business documentation that neither the Plaintiffs nor Defendant, HCVM, would place into the public domain, as such are confidential.

Further, documentation relating to the negotiation of the contract is also sensitive and private business negotiations which would disadvantage Plaintiffs and Defendant, HCVM, if such were placed into the public domain.

Finally, certain documents relate to and may be identifiable to the patient who was treated at The Miriam Hospital which would violate the patient's right to confidentiality with respect to his/her protected health care information.

There is no objection to the filing of this Motion by either Defendant.

Accordingly, for the foregoing reasons, Plaintiffs hereby request that this Court seal the Exhibits attached to Plaintiffs' Objection to Defendant, Iron Workers District Council of New England's Motion to Dismiss.

Respectfully submitted,

LIFESPAN PHYSICIANS PROFESSIONAL
SERVICE ORGANIZATION and
THE MIRIAM HOSPITAL

By Its Attorney,

Linn F. Freedman
Linn F. Freedman (#4778)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, Rhode Island 02903
Tel.: (401) 454-1108
Fax: (866) 807-6614

Date: September 7, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of September, 2005, I caused a true copy of the within Memorandum in Support of Motion to Seal Exhibits to be mailed to the following:

Matthew T. Oliverio, Esq.
Oliverio & Marcaccio, LLP
55 Dorrance Street, Suite 400
Providence, RI 02903

Michael J. Lepizzera, Jr., Esq.
Lepizzera and Leporine
301 Metro Center Blvd., #102
Warwick, RI 02886

Meride Dooris