UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LIFESPAN PHYSICIANS PROFESSIONAL SERVICE ORGANIZATION and THE MIRIAM HOSPITAL,
Plaintiffs

v. C.A. No. 05-239S

HEALTHCARE VALUE MANAGEMENT, INC. and IRON WORKERS DISTRICT COUNCIL OF NEW ENGLAND WELFARE FUND,
Defendants

FILED
SEP 07 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**MOTION TO SEAL EXHIBITS**

Plaintiffs, Lifespan Physicians Professional Service Organization ("PSO") and The Miriam Hospital ("TMH") hereby request that this Court seal the Exhibits attached to Plaintiffs' Objection to Defendant, Iron Workers District Council of New England's Motion to Dismiss for the reasons set forth in the accompanying Memorandum in Support of Motion to Seal Exhibits.

GRANTED
WSm
William E. Smith
U.S. District Judge
9/8/05

SCANNED

P127103.1