# *UNITED STATES DISTRICT COURT*
## *District of Rhode Island*

# *NOTICE*

*Lifespan Physicians Professional Service Organization, et al.*

*v.* *CA05-239S*

*Healthcare Value Management, Inc., et al.*

***PLEASE TAKE NOTICE THAT THE PROCEEDING LISTED BELOW HAS BEEN SCHEDULED IN THE ABOVE ENTITLED CASE BEFORE U.S. DISTRICT COURT MAGISTRATE JUDGE LINCOLN D. ALMOND***

***TYPE OF PROCEEDING:***

Defendant Iron Workers District Council of New England Welfare Fund's Motion to Dismiss

***PLACE:*** ***U.S. District Court***
***Courtroom A - Room 224***
***John O. Pastore Federal Building***
***Two Exchange Terrace***
***Providence, RI 02903***

***DATE:*** ***SEPTEMBER 27, 2005***

***TIME:*** ***10:00 A.M.***

***David A. DiMarzio, Clerk of Court***

*Jeannine Theall*

Jeannine Theall
Deputy Clerk
Date: September 16, 2005

**NOTICE SENT TO:** **FREEDMAN, LEPIZZERA, THOMAS, POTTER**

N.B. COUNSEL ARE DIRECTED TO NOTIFY THE CLERK'S OFFICE AT 752-7217 IF THE NAME OF COUNSEL FOR ANY PARTY IS OMITTED FROM THIS NOTICE.