**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CA05-239S** **DATE: September 30, 2005**

**TITLE:** ***Lifespan Physicians Professional Service Organization, et al. v. Healthcare Value Management, Inc., et al.***

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Linn Freedman, Esq.
Christian Potter, Esq.
Matthew Oliverio, Esq.

**PROCEEDING:** Defendant Iron Workers District Council of New England Welfare Fund's Motion to Dismiss

Attorneys argue.

**RULING:** **Court takes under advisement.**
**R&R to follow.**