UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| LIFESPAN PHYSICIANS PROFESSIONAL SERVICE ORGANIZATION, and THE MIRIAM HOSPITAL<br><br>            Plaintiffs,<br><br>v.<br><br>HEALTHCARE VALUE MANAGEMENT INC. and IRON WORKERS DISTRICT COUNCIL OF NEW ENGLAND WELFARE FUND<br><br>            Defendants. | C.A. No. 05-239S |

**ORDER**

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on September 30, 2005, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Defendant, Iron Workers District Council of New England Welfare Fund's Motion to Dismiss for lack of personal jurisdiction pursuant to Fed.R.Civ.P. 12(b)(2)

is DENIED.

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge

Date: 10/18/05