UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LIFESPAN PHYSICIANS PROFESSIONAL SERVICE ORGANIZATION, and THE MIRIAM HOSPITAL

Plaintiffs,

v.

HEALTHCARE VALUE MANAGEMENT INC. and IRON WORKERS DISTRICT COUNCIL OF NEW ENGLAND WELFARE FUND

Defendants.

C.A. No. 05-239S

**ORDER**

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on September 30, 2005, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Defendant, Iron Workers District Council of New England Welfare Fund's Motion to Dismiss for lack of personal jurisdiction pursuant to Fed.R.Civ.P. 12(b)(2)

is DENIED.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 10/18/05