UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LIFESPAN PHYSICIANS PROFESSIONAL SERVICE ORGANIZATION and THE MIRIAM HOSPITAL, Plaintiffs | : | |
| v. | : | C.A. No. 05-239S |
| HEALTHCARE VALUE MANAGEMENT INC. and IRON WORKERS DISTRICT COUNCIL OF NEW ENGLAND WELFARE FUND, Defendants | : | |

**MOTION TO AMEND COMPLAINT**

Plaintiffs, Lifespan/Physicians Professional Service Organization, Inc. ("PSO") and The Miriam Hospital ("Miriam") hereby move for leave of court to amend the Complaint, in the form attached to the Memorandum in Support of Motion to Amend Complaint as Exhibit "A". The reasons for this Motion are more fully set forth in the attached Memorandum of Law in Support of Motion to Amend.

Accordingly, Plaintiffs respectfully request that this Honorable Court grant its Motion to Amend the Complaint.

LIFESPAN PHYSICIANS PROFESSIONAL SERVICE ORGANIZATION and THE MIRIAM HOSPITAL
By its Attorneys,

Linn F. Freedman

Linn F. Freedman, Esq., (#4778)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Telephone: (401) 454-1108
Fax: (866) 807-6614

Dated: February 22, 2006

P131257.1

**CERTIFICATE OF SERVICE**

I hereby certify that I mailed a copy of the within Motion to Amend Complaint by first-class mail, postage pre-paid on this 22ND day of February, 2006 to the following:

Matthew T. Oliverio, Esq.
Oliverio & Marcaccio, LLP
55 Dorrance Street, Suite 400
Providence, RI 02903

Michael J. Lepizzera, Jr., Esq.
Christian C. Potter, Esq.
Lepizzera & Laprocina
301 Metro Center Blvd., #102
Warwick, RI 02886

Meride Davis

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LIFESPAN PHYSICIANS PROFESSIONAL SERVICE ORGANIZATION, INC. and THE MIRIAM HOSPITAL, Plaintiffs | : | |
| v. | : | C.A. No. 05-239S |
| HEALTHCARE VALUE MANAGEMENT INC. and IRON WORKERS DISTRICT COUNCIL OF NEW ENGLAND WELFARE FUND, Defendants | : | |

**MEMORANDUM IN SUPPORT OF MOTION TO AMEND COMPLAINT**

Plaintiffs, Lifespan Physicians Professional Service Organization, Inc., ("PSO") and the Miriam Hospital ("Miriam") hereby move for leave of this court to file an Amended Complaint in the form attached hereto as Exhibit "A". The reasons for the Motion to Amend are set forth below.

Plaintiffs filed the Complaint in this matter on May 31, 2005. A pretrial conference was held on November 30, 2005 before United States Magistrate Judge Lincoln D. Almond. Judge Almond issued a Pretrial Order on November 30, 2005. At that time, he ordered discovery to be completed by April 28, 2006.

The parties commenced discovery and during the discovery process, Plaintiffs became aware of the fact that neither Defendant had in its possession a signed copy of the Agreement between Healthcare Value Management, Inc. ("HCVM") and Iron Workers Local 7 ("Iron Workers"). (Please see attached Exhibit "B"). As a result, Defendants allege that there is no written agreement between HCVM and the Iron Workers for payment of medical services to

Miriam rendered to Iron Workers' member, John Doe. (Please see attached Exhibit "C"). In particular, Iron Workers alleges that it has paid Miriam in full and that it is not obligated to pay Miriam the contracted price. This is in complete contradiction to the agreement between the Plaintiffs and HCVM and in fact, violates that agreement.

Further, based upon this new allegation, it has become clear that both Defendants misrepresented to the Plaintiffs that the patient in this matter was a member of Iron Workers and covered by the discounted services agreement between the Plaintiffs and HCVM. In addition, the Defendants further misrepresented to the Plaintiffs at the time that the patient was being treated at Miriam that they had authority to authorize such treatment and would pay for such treatment pursuant to the Reimbursement Agreement. Now Iron Workers alleges that it is not subject to the Reimbursement Agreement and that it has paid Miriam in full.

As a general rule, leave to amend a Complaint is "freely given." Correa-Marinez v. Arrillaga-Belendez, 903 F.2d 49, 59 (1st Cir. 1990). The standard for determining whether a proposed amendment should be given is whether or not the proposed Amended Complaint sets forth a general scenario which, if proven, would entitle the plaintiff to relief against the defendant on some cognizable theory. Id. (citing Rose v. Hartford Underwriters Inc. Co., 203 F.3d 417 (6th Cir. 2000)). Basically, the standard is whether or not the proposed amendment could withstand a 12(b)(6) motion to dismiss. Id.

Due to the misrepresentations of both Defendants to the Plaintiffs, which evidence has recently become available, Plaintiffs seek to amend the Complaint to add two additional Counts, including negligent misrepresentation and intentional misrepresentation.

Plaintiffs further seek to eliminate a Count in the Complaint for quantum meruit as Plaintiffs seek the full amounts due pursuant to the agreements.

The facts support the addition of these two counts to the Complaint and therefore, Plaintiffs respectfully request that this Court grant Plaintiffs' Motion to Amend. In addition, the Defendants will not be prejudiced by the inclusion of these counts as they have time to conduct discovery and prepare a defense as the discovery deadline is April 28, 2006. The request is for the pleadings to conform to the facts and evidence presented.

Respectfully submitted,

LIFESPAN PHYSICIANS PROFESSIONAL SERVICE ORGANIZATION, INC. and THE MIRIAM HOSPITAL
By its Attorneys,

Linn F. Freedman, Esq., (#4778)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Telephone: (401) 454-1108
Fax: (866) 807-6614

Dated: February 22, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that I mailed a copy of the within Memorandum in Support of Motion to Amend Complaint by first-class mail, postage pre-paid on this 22ND day of February, 2006 to the following:

Matthew T. Oliverio, Esq.
Oliverio & Marcaccio, LLP
55 Dorrance Street, Suite 400
Providence, RI 02903

Michael J. Lepizzera, Jr., Esq.
Christian C. Potter, Esq. (5359)
Lepizzera & Laprocina
301 Metro Center Blvd., #102
Warwick, RI 02886

[signature]