CONFIDENTIAL

THE MIRIAM HOSPITAL
P O BOX 1202
PROVIDENCE RI 0290
4C14446966

52972890
111

0000
050258905 | 111303 | 112703 | 014

02121937 | M | M | 111303 | 10 | 1 | 7 | 10 | 06 | 000000884218

11 | 111303 | 18 | 020102

a 01 795 00
b
c
d

| Rev. Cd. | Description | Rates | Units | Total Charges |
|---|---|---|---|---|
| 0120 | ROOM-BOARD/SEMI | 795.00 | 14 | 11130 00 |
| 0250 | PHARMACY | | 184 | 31787 00 |
| 0255 | DRUGS/INCIDENT RAD | | 1 | 399 00 |
| 0260 | IV THERAPY | | 4 | 736 00 |
| 0270 | MED-SUR SUPPLIES | | 3 | 222 00 |
| 0272 | STERILE SUPPLY | | 3 | 922 80 |
| 0300 | LAB | | 272 | 16138 00 |
| 0302 | LAB/IMMUNOLOGY | | 8 | 708 00 |
| 0320 | DX X-RAY | | 3 | 589 00 |
| 0352 | CT SCAN/BODY | | 6 | 10167 00 |
| 0359 | CT SCAN/OTHER | | 1 | 569 00 |
| 0360 | OR SERVICES | | 1 | 2884 00 |
| 0361 | OR/MINOR | | 2 | 786 00 |
| 0390 | BLOOD/STOR-PROC | | 4 | 1304 00 |
| 0450 | EMERG ROOM | | 1 | 996 00 |
| 0460 | PULMONARY FUNC | | 4 | 276 00 |
| 0390 | BLOOD/STOR-PROC | | 999 | 516720 00 |
| 0730 | EKG/ECG | | 1 | 70 00 |
| 0731 | HOLTER MONT | | 2 | 348 00 |
| 0940 | OTHER RX SVS | | 1 | 1306 00 |
| 001 | TOTAL CHARGES | | | 598057 80 |

| Payer | Provider No. | | |
|---|---|---|---|
| HEALTHCARE VALUE MGMT IP | 050258905 | Y | Y |
| MEDICARE PART A ONLY M12 | 410012 | Y | Y |

| Rel. | Cert.-SSN-HIC-ID No. | Group Name |
|---|---|---|
| 18 | 038223121 | LOCAL 37 |
| 18 | 038223121A | MEDICARE |

| Treatment Authorization Codes | | Employer Name |
|---|---|---|
| 10085242 | 1 | LOCAL 37 |
| NONREQ | 5 | |
| | 9 | |

2860 | 486 | 5997 | 5990 | 5849 | 78829 | 591 | 2760 | 3051 | 5997 | 97

9 | 3893 | 112603 | 9904 | 111403 | 9906 | 111503

RI10773
ATKINSON JAMES M
N/A
SOUNESS LUZVIMINDA P

HEALTHCARE VALUE MGM
100 RIVER RIDGE DRIV SVC = MGI
NORWOOD MA 02062

X CHRISTINE RAWNSLEY 120303