UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
FEB 22 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

LIFESPAN PHYSICIANS PROFESSIONAL SERVICE ORGANIZATION and THE MIRIAM HOSPITAL,
Plaintiffs

v.

HEALTHCARE VALUE MANAGEMENT INC. and IRON WORKERS DISTRICT COUNCIL OF NEW ENGLAND WELFARE FUND,
Defendants

C.A. No. 05-239S

3/15/06: GRANTED ABSENT OPPOSITION. LOCAL RULE CV 7(b)(1).
USMJ

## MOTION TO AMEND COMPLAINT

Plaintiffs, Lifespan/Physicians Professional Service Organization, Inc. ("PSO") and The Miriam Hospital ("Miriam") hereby move for leave of court to amend the Complaint, in the form attached to the Memorandum in Support of Motion to Amend Complaint as Exhibit "A". The reasons for this Motion are more fully set forth in the attached Memorandum of Law in Support of Motion to Amend.

Accordingly, Plaintiffs respectfully request that this Honorable Court grant its Motion to Amend the Complaint.

Referred to U.S.M.J. Almond
☐ for findings & recommendation
☐ for determination
☐

William E. Smith, U.S. District Judge
Date: 3/15/06

LIFESPAN PHYSICIANS PROFESSIONAL SERVICE ORGANIZATION and THE MIRIAM HOSPITAL
By its Attorneys,

Linn F. Freedman
Linn F. Freedman, Esq., (#4778)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Telephone: (401) 454-1108
Fax: (866) 807-6614

Dated: February 22, 2006

P131257.1