UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LIFESPAN PHYSICIANS PROFESSIONAL SERVICE ORGANIZATION and THE MIRIAM HOSPITAL, Plaintiffs | |
| v. | C.A. No. 05-239S |
| HEALTHCARE VALUE MANAGEMENT, INC. and IRON WORKERS DISTRICT COUNCIL OF NEW ENGLAND WELFARE FUND, Defendants | |

**STIPULATION**

Plaintiffs shall have up to and including April 7, 2006 in order to answer Interrogatories and respond to Request for Production of Documents propounded to it by Defendant, Ironworkers District Council of New England Welfare Fund.

Respectfully submitted,

Plaintiffs,
LIFESPAN PHYSICIANS PROFESSIONAL SERVICE ORGANIZATION AND THE MIRIAM HOSPITAL

By their Attorneys,

Linn F. Freedman (#4778)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Telephone: (401) 454-1108
Fax: (866) 807-6614

Date: ~~March~~ April 3, 2006

Defendant,
IRON WORKERS DISTRICT COUNCIL OF NEW ENGLAND WELFARE FUND

By its Attorney,

Michael J. Lepizzera, Jr. (#4995)
LEPIZZERA AND LAPROCINA
301 Metro Center Blvd., #102
Warwick, RI 02886
Telephone: (401) 739-7397
Fax: (401) 384-6950

Date: March 31, 2006

ENTER

WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 4/5/06

P133135.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 3RD day of ~~March~~ APRIL, 2006, I caused a true copy of the within Stipulation to be sent via first-class mail to:

Matthew T. Oliverio, Esq.
Oliverio & Marcaccio, LLP
55 Dorrance Street, Suite 400
Providence, RI 02903

Michael J. Lepizzera, Jr., Esq.
Lepizzera and Laprocina
301 Metro Center Blvd., #102
Warwick, RI 02886

Meride Dooris