UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LIFESPAN PHYSICIANS PROFESSIONAL SERVICE ORGANIZATION and THE MIRIAM HOSPITAL | ) | |
| V. | ) | C.A. NO. 05-239S |
| HEALTHCARE VALUE MANAGEMENT, INC. and IRON WORKERS DISTRICT COUNCIL OF NEW ENGLAND WELFARE FUND | ) | |

**NOTICE OF INTENT TO TAKE DEPOSITION**

TO: Linn Foster Freedman, Esq.
Nixon Peabody, LLP
One Citizens Plaza
Providence, RI 02903

Matthew T. Oliverio, Esq.
Oliverio & Marcaaccio
55 Dorrance Street, Suite 400
Providence, RI 02903

Court Reporter
Vivian Dafoulus
50 Fieldstone Drive
East Greenwich, RI 02818

Please take notice that pursuant to *Fed. R. Civ. P. 30,* the **defendant, Iron Workers District Council of New England Welfare Fund**, will take the deposition of the **Keeper of Records, the Miriam Hospital and Life Span Physicians Professional Service Organization**, on oral examination before a Notary Public of the State of Rhode Island, which examination will continue from day to day until completed, the same to commence on **Friday, April 7, 2006 , at 11:00 a.m.** at the law office of Lepizzera & Laprocina, 301 Metro Center Boulevard, Suite 102, Warwick, Rhode Island, 02886 at which time and place you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper.

The deponent, **Keeper of Records, the Miriam Hospital and Life Span Physicians Professional Service Organization,** is commanded to produce and permit the inspection and copying of the following list of documents attached hereto as "Exhibit A" at the place, date, and time specified above.

Michael J. Lepizzera, Jr., #4995
Lepizzera & Laprocina
1140 Reservoir Avenue, 1B
Cranston, Rhode Island 02920
(401) 943-6060
(401) 943-6003 FAX

**CERTIFICATION**

I hereby certify that on March 27, 2006, I mailed a copy of the within notice to above-named attorneys and court reporter.

____________________________

# EXHIBIT "A"

TO: Plaintiffs:
The Miriam Hospital
Lifespan Physicians Professional Service Organization

1. Any and all original documents evidencing the medical services provided by the plaintiffs to John Doe from November 2003 to the present.

2. Any and all original documents evidencing any drugs that were administered by the plaintiffs to John Doe from November 2003 to the present.

3. The original blood bank records showing each substance administered to John Doe with its dosages on each respective day from November 2003 to the present.