LL

LEPIZZERA LAPROCINA

COUNSELLORS AT LAW

Michael J. Lepizzera Jr.
Paul N. Laprocina Jr.
Christopher F. DePalo *
Christian C. Potter *
Thomas J. Marks *

* Also admitted in MA

April 6, 2006

Linn F. Freedman, Esquire
Nixon Peabody, LLP
One Citizens Plaza, #500
Providence, Rhode Island 02903
(By facsimile and regular mail)

**Re:** **Lifespan Physicians Professional Service Organization, et al**
**C.A. No.: 05-239S**

Dear Linn:

Pursuant to your telephone message that you were preparing a motion to quash, I have postponed the keeper of records deposition that was scheduled for tomorrow, April 7, 2006. Please forward to me your motion as soon as possible.

I have attached a copy of the medical release from John Doe dated March 30, 2006 authorizing the release of his medical records to his attorneys and Iron Workers. Although you did express several reasons for your position, I do not believe that any of your reasons allow you the right to withhold his medical records after he has given us permission to receive them. I look forward to your motion and our opportunity to argue this issue with the Court.

I have also received your request for a thirty (30) day extension of the discovery dates in the pretrial order. In light of your amended complaint and the new allegations of fraud and misrepresentation, I would ask that we extend all of the dates in the pretrial order including the expert disclosures. Please contact me upon your receipt of this letter to discuss these matters.

Sincerely,

Christian C. Potter

Enclosure
Cc: Matthew Oliverio, Esq. (with enclosure) ✓

301 Metro Center Blvd., Suite 102, Warwick, Rhode Island 02886 · Tel. 401.739.7397 · Fax 401.384.6950
www.lldlawyers.com

# AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION

I authorize the release, without restrictions, to the Iron Workers District Council of New England Welfare Fund and its attorneys, of all medical records, of whatever nature, and all medical bills/claims information, including Protected Health Information ("PHI") concerning me.

I am aware that any such disclosed PHI may be subject to redisclosure by any persons receiving the health information and my privacy protections could be lost. It is the intent that this authorization for release of PHI conforms to the HIPAA privacy rules and regulations. This authorization will expire one year from the date of this Release unless earlier revoked in writing.

Rene Allard
**Signature**

3/30/2006
**Date**

Rene Allard
**Name Printed**

Rev. 9/04