UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LIFESPAN PHYSICIANS PROFESSIONAL SERVICE ORGANIZATION and THE MIRIAM HOSPITAL, Plaintiffs | |
| v. | C.A. No. 05-239S |
| HEALTHCARE VALUE MANAGEMENT, INC. and IRON WORKERS DISTRICT COUNCIL OF NEW ENGLAND WELFARE FUND, Defendants | |

NOTICE OF INTENT TO TAKE DEPOSITION

Please take notice that the Plaintiffs, Lifespan Physicians Professional Service Organization and the Miriam Hospital, will take the deposition of **Ann Fini** on oral examination before a Notary Public of the State of Rhode Island, the same to commence on **May 12, 2006, at 10:00 a.m.** at the law offices of Nixon Peabody LLP, One Citizens Plaza, Suite 500, Providence, RI 02903 at which time and place you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper.

Plaintiffs,
LIFESPAN PHYSICIANS PROFESSIONAL
SERVICE ORGANIZATION AND
THE MIRIAM HOSPITAL

By their Attorney,

Linn F. Freedman (#4778)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Telephone: (401) 454-1108
Fax: (866) 807-6614

Date: April 11, 2006

P133477.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of April, 2006, I caused a true copy of the within Notice of Deposition to be sent via first-class mail to:

Matthew T. Oliverio, Esq.
Oliverio & Marcaccio, LLP
55 Dorrance Street, Suite 400
Providence, RI 02903

Christian C. Potter, Esq.
Lepizzera and Laprocina
301 Metro Center Blvd., #102
Warwick, RI 02886

Laura Otzel

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LIFESPAN PHYSICIANS PROFESSIONAL SERVICE ORGANIZATION and THE MIRIAM HOSPITAL, Plaintiffs | : | |
| v. | : | C.A. No. 05-239S |
| HEALTHCARE VALUE MANAGEMENT, INC. and IRON WORKERS DISTRICT COUNCIL OF NEW ENGLAND WELFARE FUND, Defendants | : | |

NOTICE OF INTENT TO TAKE DEPOSITION

Please take notice that the Plaintiffs, Lifespan Physicians Professional Service Organization and the Miriam Hospital, will take the deposition of **Sandy Saleeba** on oral examination before a Notary Public of the State of Rhode Island, the same to commence on **May 12, 2006, at 1:00 p.m.** at the law offices of Nixon Peabody LLP, One Citizens Plaza, Suite 500, Providence, RI 02903 at which time and place you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper.

Plaintiffs,
LIFESPAN PHYSICIANS PROFESSIONAL
SERVICE ORGANIZATION AND
THE MIRIAM HOSPITAL

By their Attorney,

Linn F. Freedman (#4778)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Telephone: (401) 454-1108
Fax: (866) 807-6614

Date: April 11, 2006
P133478.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of April, 2006, I caused a true copy of the within Notice of Deposition to be sent via first-class mail to:

Matthew T. Oliverio, Esq.
Oliverio & Marcaccio, LLP
55 Dorrance Street, Suite 400
Providence, RI 02903

Christian C. Potter, Esq.
Lepizzera and Laprocina
301 Metro Center Blvd., #102
Warwick, RI 02886

Laura Otzel