UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LIFESPAN PHYSICIANS PROFESSIONAL SERVICE ORGANIZATION and THE MIRIAM HOSPITAL | ) | |
| V. | ) | C.A. NO. 05-239S |
| HEALTHCARE VALUE MANAGEMENT, INC. and IRON WORKERSS DISTRICT COUNCIL OF NEW ENGLAND WELFARE FUND | ) | |

**DEFENDANT IRON WORKERS DISTRICT COUNCIL OF NEW ENGLAND WELFARE FUND'S MOTION TO REVISE SCHEDULING ORDER TO ALLOW FOR ADDITIONAL TIME FOR DISCOVERY**

Now comes the defendant to the above-entitled matter and hereby requests that this Honorable Court revise the scheduling order to extend the discovery period an additional sixty (60) days. Pursuant to *Rule 16(b)* of the *Federal Rules of Civil Procedure,* "[a] schedule shall not be modified except upon a showing of good cause and by leave of the district judge or, when authorized by local rule, by a magistrate judge". The defendant has conferred with both the co-defendant and the plaintiffs with respect to this request. The co-defendant has no objection to this motion and the plaintiffs have refused to agree to an extension greater than thirty (30) days. Therefore, the defendant has filed this motion for the following reasons.

First, the plaintiffs have objected to the majority of the initial discovery that was generated by the defendant.[1] The defendant drafted a letter to the plaintiffs with respect to the issues raised in the plaintiffs' objections; however, it does not appear that the parties will be able to resolve the discovery issues without the Court's intervention. The defendant is in the process of drafting motions to compel and will need additional time to resolve these issues.

[1] The defendant gave the plaintiffs two extensions of time to respond to its discovery.

Second, the defendant had noticed a keeper of records deposition to the plaintiffs for the medical records that are subject to this lawsuit. The defendant presented the plaintiffs with a HIPAA-conforming release from the patient. However, the plaintiffs have filed a motion for a protective order and a motion to quash. The defendant filed its response to said motions and the Court has not yet scheduled a hearing date. Further time is needed to resolve this issue as well.

Last, ten (10) months after the commencement of this action, the plaintiffs amended their complaint to add new claims against the defendant. Since the defendant served its initial discovery on the plaintiffs prior to new claims, the defendant needs additional time to generate new discovery to correspond to the new claims. However, this discovery cannot be generated until the Court has had the opportunity to rule on the initial discovery issues that have been raised. The defendant should be allowed time to review the discovery that it initially generated before it can determine what additional discovery is needed. Therefore, based on the reasons set forth above, the defendant requests that this Honorable Court extend the discovery period for an additional sixty (60) days.

Defendant, Iron Workers District
Council of New England Welfare
Funds
By its attorneys,

Michael J. Lepizzera, Jr., #4995

Christian C. Potter, #5359
Lepizzera and Laprocina
301 Metro Center Blvd., #102
Warwick, Rhode Island 02886
(401) 739-7397
(401) 384-6950

**CERTIFICATION**

I certify that on this 19 day of April, 2006 a true and accurate copy of the within was mailed to:

Linn Foster Freedman, Esquire
Nixon Peabody, LLP
One Citizens Plaza
Providence, Rhode Island 02903

Matthew T. Oliverio, Esquire
OLIVERIO & MARCACCIO, LLP
55 Dorrance Street, Suite 400
Providence, RI 02903