UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LIFESPAN PHYSICIANS PROFESSIONAL SERVICE ORGANIZATION and THE MIRIAM HOSPITAL | ) | |
| V. | ) | C.A. NO. 05-239S |
| HEALTHCARE VALUE MANAGEMENT, INC. and IRON WORKERS DISTRICT COUNCIL OF NEW ENGLAND WELFARE FUND | ) | |

**NOTICE OF INTENT TO TAKE DEPOSITION**

TO: Linn Foster Freedman, Esq.
Nixon Peabody, LLP
One Citizens Plaza
Providence, RI 02903

Matthew T. Oliverio, Esq.
Oliverio & Marcaaccio
55 Dorrance Street, Suite 400
Providence, RI 02903

Court Reporter
Vivian Dafoulus
50 Fieldstone Drive
East Greenwich, RI 02818

Please take notice on **Tuesday, May 23, 2006 , at 1:00 p.m.** at the law office of Lepizzera & Laprocina, 301 Metro Center Boulevard, Suite 102, Warwick, Rhode Island, the **defendant, Iron Workers District Council of New England Welfare Fund**, will take the deposition of **Lifespan Physicians Professional Service Organization** pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure of the person who has the most knowledge concerning the determination of (1) the Miriam Hospital's cost, including but not limited to, knowledge of rebates, discounts, and buying groups for Gammagard and Factor VIII during the years 2003 through 2005; (2) the calculation of the price by the Miriam Hospital that was charged to Iron Workers District Council of New England Welfare Fund for the Gammagard and Factor VIII that was administered to John Doe;

and (3) knowledge on the Public Health Service discount pricing program for hemophiliac blood products; (4) the pricing for Gammagard and Factor VIII for the following third party payors: Blue Cross, United Health, self-pay, private insurance plans including employer-sponsored and multi-employer plans, Medicaid, and Medicare during the years 2003 through 2005; on oral examination before a Notary Public of the State of Rhode Island, which examination will continue from day to day until completed, the same to commence 02886 at which time and place you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper.

Defendant, Iron Workers District
Council of New England Welfare Funds
By its attorneys,

Michael J. Lepizzera, Jr., #4995
Christian C. Potter, #5359
Lepizzera and Laprocina
301 Metro Center Blvd., #102
Warwick, Rhode Island 02886
(401) 739-7397
(401) 384-6950

**CERTIFICATION**

I hereby certify that on April 28, 2006, I mailed a copy of the within notice to above-named attorneys and court reporter.

______________________________

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LIFESPAN PHYSICIANS PROFESSIONAL SERVICE ORGANIZATION and THE MIRIAM HOSPITAL | ) | |
| V. | ) | C.A. NO. 05-239S |
| HEALTHCARE VALUE MANAGEMENT, INC. and IRON WORKERS DISTRICT COUNCIL OF NEW ENGLAND WELFARE FUND | ) | |

**NOTICE OF INTENT TO TAKE DEPOSITION**

TO: Linn Foster Freedman, Esq.
Nixon Peabody, LLP
One Citizens Plaza
Providence, RI 02903

Matthew T. Oliverio, Esq.
Oliverio & Marcaaccio
55 Dorrance Street, Suite 400
Providence, RI 02903

Court Reporter
Vivian Dafoulus
50 Fieldstone Drive
East Greenwich, RI 02818

Please take notice on **Thursday, May 18, 2006 , at 1:00 p.m.** at the law office of Lepizzera & Laprocina, 301 Metro Center Boulevard, Suite 102, Warwick, Rhode Island, the **defendant, Iron Workers District Council of New England Welfare Fund**, will take the deposition of **The Miriam Hospital** pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure of the person who has the most knowledge concerning the determination of (1) the Miriam Hospital's cost for Gammagard and Factor VIII, (2) the calculation of the price by the Miriam Hospital that was charged to Iron Workers District Council of New England Welfare Fund for the Gammagard and Factor VIII that was administered to John Doe; on oral examination before a Notary Public of the State of Rhode Island, which examination will continue from day to day until completed, the

same to commence 02886 at which time and place you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper.

Defendant, Iron Workers District
Council of New England Welfare Funds
By its attorneys,

Michael J. Lepizzera, Jr., #4995
Christian C. Potter, #5359
Lepizzera and Laprocina
301 Metro Center Blvd., #102
Warwick, Rhode Island 02886
(401) 739-7397
(401) 384-6950

**CERTIFICATION**

I hereby certify that on April 28, 2006, I mailed a copy of the within notice to above-named attorneys and court reporter.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LIFESPAN PHYSICIANS PROFESSIONAL SERVICE ORGANIZATION and THE MIRIAM HOSPITAL | ) ) ) | |
| V. | ) | C.A. NO. 05-239S |
| HEALTHCARE VALUE MANAGEMENT, INC. and IRON WORKERS DISTRICT COUNCIL OF NEW ENGLAND WELFARE FUND | ) ) ) ) | |

**NOTICE OF INTENT TO TAKE DEPOSITION**

TO: Linn Foster Freedman, Esq.
Nixon Peabody, LLP
One Citizens Plaza
Providence, RI 02903

Matthew T. Oliverio, Esq.
Oliverio & Marcaaccio
55 Dorrance Street, Suite 400
Providence, RI 02903

Court Reporter
Vivian Dafoulus
50 Fieldstone Drive
East Greenwich, RI 02818

Please take notice that pursuant to *Fed. R. Civ. P. 30,* the **defendant, Iron Workers District Council of New England Welfare Fund,** will take the deposition of **Judy Randall** on oral examination before a Notary Public of the State of Rhode Island, which examination will continue from day to day until completed, the same to commence on **Wednesday, May 17, 2006 , at 1:00 p.m.** at the law office of Lepizzera & Laprocina, 301 Metro Center Boulevard, Suite 102, Warwick, Rhode Island, 02886 at which time and place you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper.

Defendant, Iron Workers District
Council of New England Welfare Funds
By its attorneys,

Michael J. Lepizzera, Jr., #4995
Christian C. Potter, #5359
Lepizzera and Laprocina
301 Metro Center Blvd., #102
Warwick, Rhode Island 02886
(401) 739-7397
(401) 384-6950

**CERTIFICATION**

I hereby certify that on April 28, 2006, I mailed a copy of the within notice to above-named attorneys and court reporter.

______________________________