UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
APR 06 '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

LIFESPAN PHYSICIANS PROFESSIONAL SERVICE ORGANIZATION and THE MIRIAM HOSPITAL,
Plaintiffs

v.

C.A. No. 05-239S

HEALTHCARE VALUE MANAGEMENT, INC. and IRON WORKERS DISTRICT COUNCIL OF NEW ENGLAND WELFARE FUND,
Defendants

5/1/06: MOTION PASSED AT REQUEST OF PLAINTIFFS' COUNSEL, USMJ

**MOTION TO QUASH NOTICE OF INTENT TO TAKE DEPOSITION AND FOR A PROTECTIVE ORDER**

Plaintiffs, Lifespan Physicians Professional Service Organization and The Miriam Hospital ("Plaintiffs") hereby move to quash the Notice to Take Deposition of the Keeper of Records of The Miriam Hospital and Lifespan Physicians Professional Service Organization scheduled for April 7, 2006 for the reasons set forth in the Memorandum in Support of Motion to Quash Notice of Intent to Take Deposition. In addition, Plaintiffs seek a Protective Order with respect to the Notice to Take Deposition.

Plaintiffs,
LIFESPAN PHYSICIANS PROFESSIONAL SERVICE ORGANIZATION AND THE MIRIAM HOSPITAL

By their Attorney,

Linn F. Freedman (#4778)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Telephone: (401) 454-1108
Fax: (866) 807-6614

4/6/06

Date: April 6, 2006
P133292.1