UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LIFESPAN PHYSICIANS PROFESSIONAL SERVICE ORGANIZATION and THE MIRIAM HOSPITAL | ) | |
| V. | ) | C.A. NO. 05-239S |
| HEALTHCARE VALUE MANAGEMENT, INC. and IRON WORKERSS DISTRICT COUNCIL OF NEW ENGLAND WELFARE FUND | ) | |

**JOINT MOTION TO REVISE SCHEDULING ORDER TO ALLOW FOR ADDITIONAL TIME FOR DISCOVERY**

Now come the parties to the above-entitled matter and hereby request that this Honorable Court revise the scheduling order to extend the discovery period an additional sixty (60) additional days. Pursuant to *Rule 16(b)* of the *Federal Rules of Civil Procedure*, "*[*a] schedule shall not be modified except upon a showing of good cause and by leave of the district judge or, when authorized by local rule, by a magistrate judge". The parties have filed this motion based on the fact that the initial discovery filed in this matter has presented some unforeseen issues that cannot be resolved within the current deadline. Further, the parties have several depositions that need to be taken and the possibility of having this completed by the current discovery deadline, April 28, 2006, is not possible. After discussing this issue with Plaintiffs' counsel and co-defendant's counsel, we have agreed to file a joint motion to extend the discovery deadline for sixty (60) days.

More specifically, the parties request that the factual discovery deadline be continued to June 30, 2006; the expert discovery disclosure deadline be continued to May

15, 2006; the dispositive motion deadline be continued to July 15, 2006; and the pretrial memoranda deadline be continued to 30 days after a decision on any dispositive motions, or if no dispositive motions are filed, 30 days after the close of discovery (July 30, 2006); subject to this Court's approval.

For the following reasons set forth above, the parties request that their motion be granted.

Plaintiffs,
LIFESPAN PHYSICIANS PROFESSIONAL SERVICE ORGANIZATION AND THE MIRIAM HOSPITAL
By their attorney

Linn F. Freedman (#4778)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Telephone: (401) 454-1108
Fax: (866)807-6614

Co-Defendant
HEALTHCARE VALUE MGT, INC

By its attorney,

Matthew Oliverio #3372
Oliverio & Marcaccio, LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
Telephone: (401) 861-2900
Fax: (401) 861-2922

Defendant,
IRON WORKERS DISTRICT COUNCIL OF NEW ENGLAND WELFARE FUND
By its attorneys,

Michael J. Lepizzera, Jr., #4995
Christian C. Potter, #5359
Lepizzera and Laprocina
301 Metro Center Blvd., #102
Warwick, Rhode Island 02886
Telephone: (401) 739-7397
Fax: (401) 384-6950

Granted
WMSM
USDJ
5/2/06