UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LIFESPAN PHYSICIANS PROFESSIONAL SERVICE ORGANIZATION and THE MIRIAM HOSPITAL, Plaintiffs | : | |
| v. | : | C.A. No. 05-239S |
| HEALTHCARE VALUE MANAGEMENT, INC. and IRON WORKERS DISTRICT COUNCIL OF NEW ENGLAND WELFARE FUND, Defendants | : | |

**MOTION FOR EXTENSION OF TIME**

Plaintiffs. Lifespan Physicians Professional Service Organization ("PSO") and The Miriam Hospital ("TMH") hereby move this Court for an extension of time in order to file an Objection to Defendant, Iron Workers District Council of New England Welfare Fund's Motion to Compel Answers to Interrogatories mailed on April 28, 2006 but received on May 1, 2006. The reasons for the Motion are outlined in the attached Memorandum in Support of Motion for Extension of Time.

Respectfully submitted,

Plaintiffs,
LIFESPAN PHYSICIANS PROFESSIONAL SERVICE ORGANIZATION AND THE MIRIAM HOSPITAL

By their Attorney,

Linn F. Freedman (#4778)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Telephone: (401) 454-1108
Fax: (866) 807-6614

Date: May 8, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of May, 2006, I caused a true copy of the within Stipulation to be sent via first-class mail to:

Matthew T. Oliverio, Esq.
Oliverio & Marcaccio, LLP
55 Dorrance Street, Suite 400
Providence, RI 02903

Michael J. Lepizzera, Esq.
Lepizzera and Laprocina
301 Metro Center Blvd., #102
Warwick, RI 02886



P134359.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LIFESPAN PHYSICIANS PROFESSIONAL SERVICE ORGANIZATION and THE MIRIAM HOSPITAL, Plaintiffs | : | |
| v. | : | C.A. No. 05-239S |
| HEALTHCARE VALUE MANAGEMENT, INC. and IRON WORKERS DISTRICT COUNCIL OF NEW ENGLAND WELFARE FUND, Defendants | : | |

**MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME**

Plaintiffs, Lifespan Physicians Professional Service Organization ("PSO") and The Miriam Hospital ("TMH") hereby seek an extension to file an Objection to Defendant, Iron Workers District Council of New England Welfare Fund Motion to Compel Answers to Interrogatories for the reasons set forth below.

Plaintiffs need additional time as the issues outlined in the Defendant's Memorandum require a substantive response for which Plaintiffs need additional time to provide to the Court.

Accordingly, Plaintiffs request an extension to file an Objection until Monday, May 15, 2006.

Respectfully submitted,

Plaintiffs,
LIFESPAN PHYSICIANS PROFESSIONAL
SERVICE ORGANIZATION AND
THE MIRIAM HOSPITAL

By their Attorney,

/s/ Linn F. Freedman

Linn F. Freedman (#4778)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Telephone: (401) 454-1108
Fax: (866) 807-6614

Date: May 8, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of May, 2006, I caused a true copy of the within Stipulation to be sent via first-class mail to:

Matthew T. Oliverio, Esq.
Oliverio & Marcaccio, LLP
55 Dorrance Street, Suite 400
Providence, RI 02903

Michael J. Lepizzera, Esq.
Lepizzera and Laprocina
301 Metro Center Blvd., #102
Warwick, RI 02886

/s/ [signature]



P134360.1