UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LIFESPAN PHYSICIANS PROFESSIONAL SERVICE ORGANIZATION and THE MIRIAM HOSPITAL,
Plaintiffs

v.

HEALTHCARE VALUE MANAGEMENT, INC. and IRON WORKERS DISTRICT COUNCIL OF NEW ENGLAND WELFARE FUND,
Defendants

C.A. No. 05-239S

RECEIVED
MAY 22 2006
Property of U.S. District Court
District of Rhode Island

## STIPULATION

Plaintiffs shall have up to and including May 26, 2006 in order to respond to the Request for Production of Documents propounded to them by Defendant, HealthCare Value Management, Inc.

Plaintiffs,
LIFESPAN PHYSICIANS PROFESSIONAL SERVICE ORGANIZATION AND THE MIRIAM HOSPITAL

By their Attorney,

Linn F. Freedman (#4778)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Telephone: (401) 454-1108
Fax: (866) 807-6614

Date: May 12, 2006

Defendant,
HEALTHCARE VALUE MANAGEMENT, INC.

By its Attorney,

Matthew T. Oliverio (#3372)
OLIVERIO & MARCACCIO, LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
Telephone: (401) 861-2900
Fax: (401) 861-2922

Date: May 16, 2006

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 5/23/06

P134498.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of May, 2006, I caused a true copy of the within Stipulation to be sent via first-class mail to:

Matthew T. Oliverio, Esq.
Oliverio & Marcaccio, LLP
55 Dorrance Street, Suite 400
Providence, RI 02903

Michael J. Lepizzera, Jr., Esq.
Lepizzera and Laprocina
301 Metro Center Blvd., #102
Warwick, RI 02886

Nicole Dooris