**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LIFESPAN PHYSICIANS PROFESSIONAL SERVICE ORGANIZATION and THE MIRIAM HOSPITAL** *Plaintiffs* | : | |
| **VS.** | : | **C.A. NO. 05-239S** |
| **HEALTHCARE VALUE MANAGEMENT, INC. and IRON WORKERS DISTRICT COUNCIL OF NEW ENGLAND WELFARE FUND** *Defendants* | : | |

**DEFENDANT HEALTHCARE VALUE MANAGEMENT, INC.'S NOTICE TO TAKE THE DEPOSITION OF JUDY RANDALL**

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, the testimony upon oral examination of ***Judy Randall*** will be taken before a Notary Public, or before another person authorized to administer oaths, at the law firm of OLIVERIO & MARCACCIO LLP, 55 Dorrance Street, Suite 400, Providence, RI 02903 on the 21st day of June, 2006 at 10:00 a.m. Said examination will continue from day to day until completed and is being taken on behalf of Defendant Healthcare Value Management, Inc.

You are invited to attend and cross examine.

Defendant,
Healthcare Value Management, Inc.
By its Attorney,

Matthew T. Oliverio, Esquire (#3372)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax

**CERTIFICATION**

I hereby certify that a true copy of the foregoing *DEFENDANT HEALTHCARE VALUE MANAGEMENT, INC.'S NOTICE TO TAKE THE DEPOSITION OF JUDY RANDALL* was mailed, postage prepaid, to the following counsel of record on the ~~25th~~ 26th day of May, 2006:

Michael J. Lepizzera, Esquire
LEPIZZERA AND LAPROCINA
301 Metro Center Boulevard, #102
Warwick, RI 02886

Linn F. Freedman, Esquire
NIXON PEABODY, LLP
One Citizens Plaza
Providence, RI 02903

Ladine Hendrickson

C: Vivian S. Dafoulas
50 Fieldstone Drive
East Greenwich, RI 02818