UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUN 01 2006
Property of U.S. District Court
District of Rhode Island

LIFESPAN PHYSICIANS PROFESSIONAL SERVICE ORGANIZATION and THE MIRIAM HOSPITAL )

V. ) C.A. NO. 05-239S

HEALTHCARE VALUE MANAGEMENT, INC. and IRON WORKERS DISTRICT COUNCIL OF NEW ENGLAND WELFARE FUND )

**STIPULATION**

Defendant, Iron Workers District Council of New England Welfare Fund, shall have up to and including June 6, 2006 in order to respond to the Second Request for Production of Documents propounded to it by Plaintiffs.

Plaintiffs,
LIFESPAN PHYSICIANS PROFESSIONAL SERVICE ORGANIZATION AND THE MIRIAM HOSPITAL
By their attorney

Linn F. Freedman
Linn F. Freedman (#4778)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Telephone: (401) 454-1108
Fax: (866)807-6614

Defendant,
IRON WORKERS DISTRICT COUNCIL OF NEW ENGLAND WELFARE FUND
By its attorneys,

Christian C Potter
Michael J Lepizzera Jr (rb)
Michael J. Lepizzera, Jr., #4995
Christian C. Potter, #5359
Lepizzera and Laprocina
301 Metro Center Blvd., #102
Warwick, Rhode Island 02886
Telephone: (401) 739-7397
Fax: (401) 384-6950

ENTER: WmM
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE: 6/5/06

# CERTIFICATION

I certify that on this 31 day of May, 2006 a true and accurate copy of the within was mailed to:

Linn Foster Freedman, Esquire
Nixon Peabody, LLP
One Citizens Plaza
Providence, Rhode Island 02903

Matthew T. Oliverio, Esquire
OLIVERIO & MARCACCIO, LLP
55 Dorrance Street, Suite 400
Providence, RI 02903

______________________