UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LIFESPAN PHYSICIANS PROFESSIONAL SERVICE ORGANIZATION and THE MIRIAM HOSPITAL, Plaintiffs | : | |
| v. | : | C.A. No. 05-239S |
| HEALTHCARE VALUE MANAGEMENT INC. and IRON WORKERS DISTRICT COUNCIL OF NEW ENGLAND WELFARE FUND, Defendants | : | |

**MOTION TO AMEND COMPLAINT**

Plaintiffs, Lifespan/Physicians Professional Service Organization, Inc. ("PSO") and The Miriam Hospital ("Miriam") hereby move for leave of court to amend the Complaint, in the form attached to the Memorandum in Support of Motion to Amend Complaint as Exhibit "A". The reasons for this Motion are more fully set forth in the attached Memorandum of Law in Support of Motion to Amend.

Accordingly, Plaintiffs respectfully request that this Honorable Court grant its Motion to Amend the Complaint.

LIFESPAN PHYSICIANS PROFESSIONAL SERVICE ORGANIZATION and THE MIRIAM HOSPITAL
By its Attorneys,

Linn F. Freedman

Linn F. Freedman, Esq., (#4778)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Telephone: (401) 454-1108
Fax: (866) 807-6614

Dated: June 9, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that I mailed a copy of the within Motion to Amend Complaint by first-class mail, postage pre-paid on this 9th day of June, 2006 to the following:

Matthew T. Oliverio, Esq.
Oliverio & Marcaccio, LLP
55 Dorrance Street, Suite 400
Providence, RI 02903

Michael J. Lepizzera, Jr., Esq.
Christian C. Potter, Esq.
Lepizzera & Laprocina
301 Metro Center Blvd., #102
Warwick, RI 02886

Meride Doarius

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LIFESPAN PHYSICIANS PROFESSIONAL SERVICE ORGANIZATION, INC. and THE MIRIAM HOSPITAL, Plaintiffs | : | |
| v. | : | C.A. No. 05-239S |
| HEALTHCARE VALUE MANAGEMENT INC. and IRON WORKERS DISTRICT COUNCIL OF NEW ENGLAND WELFARE FUND, Defendants | : | |

**MEMORANDUM IN SUPPORT OF MOTION TO AMEND COMPLAINT**

Plaintiffs, Lifespan Physicians Professional Service Organization, Inc., ("PSO") and the Miriam Hospital ("Miriam") hereby move for leave of this court to file an Amended Complaint in the form attached hereto as Exhibit "A". The reasons for the Motion to Amend are set forth below.

Plaintiffs filed the Complaint in this matter on May 31, 2005. A pretrial conference was held on November 30, 2005 before United States Magistrate Judge Lincoln D. Almond. Judge Almond issued a Pretrial Order on November 30, 2005. At that time, he ordered discovery to be completed by April 28, 2006. All parties have agreed to an extension of discovery to June 30, 2006, which has been approved by the Court.

The parties have commenced discovery and during the discovery process, Plaintiffs became aware of the fact that Defendant, Iron Workers District Council of New England Welfare Fund ("Iron Workers") is alleging that since it does not have a signed copy of the Agreement between Healthcare Value Management, Inc. ("HCVM") and Iron Workers in its possession, that

therefore, it is not subject to the terms of the Agreement. In particular, Iron Workers alleges that it has paid Miriam in full and that it is not obligated to pay Miriam the contracted price. In addition, Iron Workers alleges that since it was not subject to the Agreement, which is denied by Plaintiffs, that it is only obligated to pay TMH "reasonable and customary charges." As a result of these new developments, Plaintiffs seek to amend the Complaint to allege two additional counts – a Count for Promissory Estoppel and a Count for Equitable Estoppel. The claims are supported by case law that indicates that when one contracts for a particular reimbursement amount, as was done in this case, that it is estopped from attempting to alter the contracted rate to allege reasonable and customary charges instead. See Albert Einstein Medical Care Foundation v. National Benefit Fund for Hospital and Health Care Employees, 1991 U.S. Dist. LEXIS 8540 (E.D. Pa. 1991); Response Oncology, Inc. v. Blue Cross & Blue Shield of Missouri, 941 S.W. 2d 771 (W.D. Mo. 1997); and City of Boston v. Aetna Life Ins. Co., 506 N.E. 2d. 106 (Ma. 1987). Finally, Plaintiffs seek to drop their claim for unjust enrichment.

As a general rule, leave to amend a Complaint is "freely given." Correa-Marinez v. Arrillaga-Belendez, 903 F.2d. 49, 59 (1st Cir. 1990). The standard for determining whether a proposed amendment should be given is whether or not the proposed Amended Complaint sets forth a general scenario which, if proven, would entitle the plaintiff to relief against the defendant on some cognizable theory. Id. (citing Rose v. Hartford Underwriters Inc. Co., 203 F.3d 417 (6th Cir. 2000)). Basically, the standard is whether or not the proposed amendment could withstand a 12(b)(6) motion to dismiss. Id.

The facts discovered support the addition of these two counts to the Complaint and therefore, Plaintiffs respectfully request that this Court grant Plaintiffs' Motion to Amend. In addition, the Defendants will not be prejudiced by the inclusion of these counts as they have time

to conduct discovery and prepare a defense as the discovery deadline is June 30, 2006 and the deposition of the Plaintiffs' key witness is scheduled for June 21, 2006. The request is for the pleadings to conform to the facts and evidence presented.

Accordingly, Plaintiffs respectfully request that the Court grant Plaintiffs' Motion to Amend the Complaint.

Respectfully submitted,

LIFESPAN PHYSICIANS PROFESSIONAL SERVICE ORGANIZATION, INC. and THE MIRIAM HOSPITAL
By its Attorneys,

Linn F. Freedman

Linn F. Freedman, Esq., (#4778)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Telephone: (401) 454-1108
Fax: (866) 807-6614

Dated: June 9, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that I mailed a copy of the within Memorandum in Support of Motion to Amend Complaint by first-class mail, postage pre-paid on this 9th day of June, 2006 to the following:

Matthew T. Oliverio, Esq.
Oliverio & Marcaccio, LLP
55 Dorrance Street, Suite 400
Providence, RI 02903

Michael J. Lepizzera, Jr., Esq.
Christian C. Potter, Esq. (5359)
Lepizzera & Laprocina
301 Metro Center Blvd., #102
Warwick, RI 02886

Merida Dooriss