AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

Lifespan Physicians Professional Service Organization and The Miriam Hospital

V.

Healthcare Value Management, Inc. and Iron Workers District Council of New England Welfare Fund

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 05-239S

TO: Registered Agent for Concentra, Inc.
Corporation Service Company
84 State Street
Boston, MA 02109

YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

XX YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See attached Exhibit "A".
In lieu of personal appearance, you may produce the documents to the location below by the date and time specified.

| PLACE | DATE AND TIME |
|---|---|
| Nixon Peabody LLP, One Citizens Plaza, Suite 500 Providence, RI 02903 | June 30, 2006 2:00 p.m. |

_ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Linn F. Freedman - Attorney for Plaintiff | 6/23/06 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Linn F. Freedman, Esq. (#4778)
Nixon Peabody LLP One Citizens Plaza, Suite 500, Providence, RI 02903 (401) 454-1108

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

89510

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | June 23, 2006<br>11:55 a.m. | Corporation Service Company<br>84 State Street<br>Boston, MA 02109 |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Concentra, Inc. | by giving in hand to Bernardo Montanez, agent authorized to accept service. |
| SERVED BY (PRINT NAME) | TITLE |
| Francis Davis | Constable, City of Boston |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on June 23, 2006
DATE

SIGNATURE OF SERVER
Francis Davis

ADDRESS OF SERVER
1895 Centre Street, Suite 202
Boston, MA 02132

**EXHIBIT "A"**

1. Any and all documents between Concentra, Inc. and/or Concentra Preferred Systems and UlliCare and/or Union Labor Life Insurance Company relating to patient Rene Allard's inpatient stay at The Miriam Hospital, 164 Summit Avenue, Providence, RI 02906 between November 13, 2003 and November 26, 2003.

2. Any and all contracts between UlliCare and/or Union Labor Life Insurance Company and Concentra regarding patient Rene Allard's inpatient acute care stay at The Miriam Hospital between November 13, 2003 and November 26, 2003 for total charges of $448,543.35.

3. Any and all documents evidencing payment to Concentra from Ullicare or Ullico relating to Rene Allard, Group Name and Policy No. IWDC of New England (sub-policy); services: inpatient acute care stay; dates of services: November 13, 2003 through November 26, 2003 for total charges of $448,543.35.

4. Any and all documents evidencing any and all contact between any personnel and/or employees or representatives of Concentra with The Miriam Hospital relating to patient Rene Allard's inpatient acute care stay at The Miriam Hospital between November 13, 2003 and November 26, 2003.

5. Any and all documents evidencing any and all contact between any personnel and/or employees or representatives of Concentra with UlliCare or Ullico relating to patient Rene Allard's inpatient acute care stay at The Miriam Hospital between November 13, 2003 and November 26, 2003.

6. Any and all documents evidencing any and all contact between any personnel and/or employees or representatives of Concentra with Iron Workers District Council of New England Welfare Fund and/or Iron Clad relating to patient Rene Allard's inpatient acute care stay at The Miriam Hospital between November 13, 2003 and November 26, 2003.

7. A listing of any and all Concentra employees, personnel, agents or representative who had contact with The Miriam Hospital and/or UlliCare and/or Ullico relating to patient Rene Allard's inpatient acute care stay at The Miriam Hospital between November 13, 2003 and November 26, 2003 including the name of such person, and the substance of the contact between that person and The Miriam Hospital and/or UlliCare or Ullico.

8. Any and all documents, notes, telephone logs and/or computer printouts relating to any contact made by Concentra to any person and/or entity relating to patient Rene Allard's inpatient acute care stay at The Miriam Hospital from November 13, 2003 through November 26, 2003.

9. Any and all contracts between UlliCare, Ullico and Concentra in effect between January 1, 2003 and August 1, 2005.