UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LIFESPAN PHYSICIANS PROFESSIONAL SERVICE ORGANIZATION and THE MIRIAM HOSPITAL, Plaintiffs | |
| v. | C.A. No. 05-239S |
| HEALTHCARE VALUE MANAGEMENT, INC. and IRON WORKERS DISTRICT COUNCIL OF NEW ENGLAND WELFARE FUND, Defendants | |

**DISMISSAL STIPULATION**

The parties hereby stipulate that this matter shall be dismissed, with prejudice, no interest and no costs.

Plaintiff,
Lifespan Physicians Professional Service Organization and The Miriam Hospital
By their Attorney,

/s/ Linn F. Freedman
Linn F. Freedman, Esq. (#4778)
Nixon Peabody LLP
1 Citizens Plaza,
Providence, RI 02903
Tel: (401)454-1108
Fax: (866) 807-6614
E-Mail: lfreedman@nixonpeabody.com

Dated: August 18, 2006

Defendant,
Iron Workers District Council of New England
By its Attorney,

/s/ Christian C. Potter
Christian C. Potter, Esq. (#5359)
Lepizzera and Laprocina
301 Metro Center Blvd., #102
Warwick, RI 02886
Tel: (401) 7397397
Fax: (401) 384-6950
E-Mail: cpotter@lldlawyers.com

Dated: August 18, 2006

ENTER WmM
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 8/22/06

10086288.1

Defendant,
Healthcare Value Management, Inc.
By its Attorney,

/s/ Matthew T. Oliverio
Matthew T. Oliverio, Esq. (#3372)
Oliverio & Marcaccio LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
Tel.: (401) 861-2900
Fax: (401) 861-2922
E-Mail: mto@om-rilaw.com

Dated: August 18, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of August, 2006, I caused a true copy of the within Dismissal Stipulation to be sent electronically to the Court and via first-class mail to:

Christian C. Potter, Esq.
Lepizzera and Laprocina
301 Metro Center Blvd., #102
Warwick, RI 02886

Matthew T. Oliverio, Esq.
Oliverio & Marcaccio, LLP
55 Dorrance Street, Suite 400
Providence, RI 02903

/s/ Linn F. Freedman